# Third District Court of Appeal

## State of Florida

Opinion filed March 8, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2378
Lower Tribunal No. 21-1854
_____


**William L. Ramos, Jr.,**
Appellant,

vs.

**Blake F. Connell, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Law Office of Hugh J. Morgan, and Hugh J. Morgan; Burlington & Rockenbach, P.A., Philip M. Burlington, and Nichole J. Segal (West Palm Beach), for appellant.

Armstrong Teasdale, LLP, Glen H. Waldman and Marlon Weiss, for appellees.


Before FERNANDEZ, C.J., and HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Sinnes v. Pereno</u>, 629 So. 2d 995 (Fla. 3d DCA 1993)

and <u>Newman v. Newman</u>, 766 So. 2d 1091 (Fla. 5th DCA 2000).